

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



# FILED

APR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-2505 |
| Originating Case Number: | 2:22-cv-00617-JHC |
| | 2:22-cv-00934-JHC |
| | 2:22-cv-00950-JHC |
| Short Title: | Universal-Investment-Gesellschaft, MBH, et al. v. Amazon.com, Inc., et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-2505 |
| Originating Case Number: | 2:22-cv-00617-JHC |
| | 2:22-cv-00934-JHC |
| | 2:22-cv-00950-JHC |
| | |
| Case Title: | Universal-Investment-Gesellschaft, MBH, et al. v. Amazon.com, Inc., et al. |

**Wednesday, April 23, 2025**

| | |
|---|---|
| Universal-Investment-Gesellschaft, MBH | Mediation Questionnaire due |
| Universal-Investment-Luxembourg, SA | Mediation Questionnaire due |
| Menora Mivtachim Insurance Ltd. | Mediation Questionnaire due |
| Menora Mivtachim Pensions and Gemel Ltd. | Mediation Questionnaire due |
| The Phoenix Insurance Company | Mediation Questionnaire due |
| The Phoenix Provident Pension Fund Ltd. | Mediation Questionnaire due |
| Asbestos Workers Philadelphia Welfare and Pension Fund | Mediation Questionnaire due |
| Detectives Endowment Association Annuity Fund | Mediation Questionnaire due |

**Tuesday, April 29, 2025**

| | |
|---|---|
| Universal-Investment-Gesellschaft, MBH | Appeal Transcript Order Due |
| Universal-Investment-Luxembourg, SA | Appeal Transcript Order Due |
| Menora Mivtachim Insurance Ltd. | Appeal Transcript Order Due |
| Menora Mivtachim Pensions and Gemel Ltd. | Appeal Transcript Order Due |
| The Phoenix Insurance Company | Appeal Transcript Order Due |

| | |
|---|---|
| The Phoenix Provident Pension Fund Ltd. | Appeal Transcript Order Due |
| Asbestos Workers Philadelphia Welfare and Pension Fund | Appeal Transcript Order Due |
| Detectives Endowment Association Annuity Fund | Appeal Transcript Order Due |

**Thursday, May 29, 2025**

| | |
|---|---|
| Universal-Investment-Gesellschaft, MBH | Appeal Transcript Due |
| Universal-Investment-Luxembourg, SA | Appeal Transcript Due |
| Menora Mivtachim Insurance Ltd. | Appeal Transcript Due |
| Menora Mivtachim Pensions and Gemel Ltd. | Appeal Transcript Due |
| The Phoenix Insurance Company | Appeal Transcript Due |
| The Phoenix Provident Pension Fund Ltd. | Appeal Transcript Due |
| Asbestos Workers Philadelphia Welfare and Pension Fund | Appeal Transcript Due |
| Detectives Endowment Association Annuity Fund | Appeal Transcript Due |

**Tuesday, July 8, 2025**

| | |
|---|---|
| Universal-Investment-Gesellschaft, MBH | Appeal Opening Brief Due |
| Universal-Investment-Luxembourg, SA | Appeal Opening Brief Due |
| Menora Mivtachim Insurance Ltd. | Appeal Opening Brief Due |
| Menora Mivtachim Pensions and Gemel Ltd. | Appeal Opening Brief Due |
| The Phoenix Insurance Company | Appeal Opening Brief Due |
| The Phoenix Provident Pension Fund Ltd. | Appeal Opening Brief Due |
| Asbestos Workers Philadelphia Welfare and Pension Fund | Appeal Opening Brief Due |
| Detectives Endowment Association Annuity Fund | Appeal Opening Brief Due |

**Friday, August 8, 2025**

| | |
|---|---|
| Amazon.com, Inc. | Appeal Answering Brief Due |
| Andrew R. Jassy | Appeal Answering Brief Due |
| Jeffrey P. Bezos | Appeal Answering Brief Due |
| Brian T. Olsavsky | Appeal Answering Brief Due |
| David A. Zapolsky | Appeal Answering Brief Due |
| Nate Sutton | Appeal Answering Brief Due |
| David Fildes | Appeal Answering Brief Due |
| Dave Clark | Appeal Answering Brief Due |
| Doug Herrington | Appeal Answering Brief Due |
| Jeff Wilke | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**