No. 25-2505

# United States Court of Appeals for the Ninth Circuit

UNIVERSAL-INVESTMENT-GESELLSCHAFT, MBH; UNIVERSAL-INVESTMENT-LUXEMBOURG, SA; MENORA MIVTACHIM INSURANCE LTD.; MENORA MIVTACHIM PENSIONS AND GEMEL LTD.; THE PHOENIX INSURANCE COMPANY; THE PHOENIX PROVIDENT PENSION FUND LTD.; ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND; DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND,

*Plaintiffs-Appellants,*

– and –

SONNY JOYCE, JERRY HANNAH,

*Plaintiffs.*

– v. –

AMAZON.COM, INC.; ANDREW R. JASSY; JEFFREY P. BEZOS; BRIAN T. OLSAVSKY; DAVID A. ZAPOLSKY; NATE SUTTON; DAVID FILDES; DAVE CLARK; DOUG HERRINGTON; JEFF WILKE,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

## INDEX VOLUME

JEREMY A. LIEBERMAN
EMMA GILMORE
VILLI SHTEYN
POMERANTZ LLP
600 Third Avenue
New York, New York 10016
(212) 661-1100

ROGER M. TOWNSEND
TOWNSEND LEGAL
380 Winslow Way, Suite 200
Bainbridge Island, Washington 98110
(206) 761-2480

GREGG S. LEVIN
WILLIAM S. NORTON
CHRISTOPHER F. MORIARTY
ERIN C. WILLIAMS
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000

JAMES A. HARROD
TIMOTHY FLEMING
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400

*Attorneys for Plaintiffs-Appellants*

 (800) 4-APPEAL • (380883)

# TABLE OF CONTENTS

| District Court Docket Entry | Description | Page |
|---|---|---|
| | **Volume 1 of 4** | |
| 116 | Judgment in a Civil Case, filed March 17, 2025 | ER-2 |
| 115 | Order re: Defendants' Motion to Dismiss, filed March 17, 2025 | ER-4 |
| 92 | Order re: Defendants' Motion to Dismiss, filed December 4, 2023 | ER-36 |
| | **Volume 2 of 4** | |
| | Transcript of Proceedings, dated March 13, 2025 | ER-78 |
| 107 | Declaration of Gregg S. Levin in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Consolidated Class Action Complaint, filed June 14, 2024 | ER-114 |
| | **Volume 3 of 4** | |
| 95 | Second Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed February 6, 2024 | ER-138 |
| | **Volume 4 of 4** | |
| 70 | Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed September 20, 2022 | ER-399 |
| 118 | Plaintiffs' Notice of Appeal, filed April 15, 2025 | ER-580 |
| | District Court Docket Entries | ER-583 |